UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| GREENFIELD MILLS, INC., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Cause No. 1:00 CV 0219 |
| ) | |
| ROBERT E. CARTER, JR., as Director ) | |
| of the Indiana Department of Natural ) | |
| Resources, et al. ) | |
| ) | |
| Defendants. ) | |

**OPINION AND ORDER**

The Court is in receipt of two volumes entitled "Preliminary Design for the Fawn River Restoration Project" submitted by the court-appointed expert CH2M Hill, filed on July 14, 2010. From this court's initial review, it appears these volumes are responsive to this Court's order of November 9, 2007 (as amended by joint stipulation of October 20, 2009) wherein CH2M Hill was ordered to proceed to analyze phases two and three of the remediation process and report their conclusions to the court. It is now ORDERED that the parties shall have thirty (30) days to file comments, objections, or otherwise remark on the report submitted to the Court. The Court further ORDERS that counsel appear for an in-person conference on September 20, 2010 at 2:00 pm. A representative from CH2M Hill with detailed knowledge of the two volumes submitted to the Court shall also appear at this conference.

SO ORDERED.

This 19th day of July, 2010

s/ William C. Lee
United States District Court